

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 27, 2020

<u>By ECF</u>
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

     Re:    *United States v. Ford, et al.*, No. 19 Civ. 9600 (KMK)

Dear Judge Karas:

     This Office represents the United States of America in the above-captioned matter. Please find attached as Exhibit 1 a letter from by Jeffrey Bossert Clark, Assistant Attorney General, United States Department of Justice, Environmental and Natural Resources Division. Mr. Clark had inadvertently allowed his bar membership to lapse at the time the Complaint in this matter was filed. Because Mr. Clark's name appears on that Complaint, he writes to correct any implicit representation concerning his bar membership and extend his apology to the Court. Mr. Clark's bar membership has since been returned to active status.

                                     Respectfully submitted,

                                      GEOFFREY S. BERMAN
                                      United States Attorney for the
                                      Southern District of New York

                         By:   */s/ Zachary Bannon*
                                      ZACHARY BANNON
                                      Assistant United States Attorney
                                      86 Chambers St., 3rd Floor
                                      New York, New York 10007
                                      Tel.:    212-637-2728
                                      E-mail: Zachary.Bannon@usdoj.gov