

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*950 Pennsylvania Avenue, N.W.*  *Telephone (202) 514-2701*
*Washington, DC 20530-0001*
      *Facsimile (202) 514-0557*

Clerk
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: United States v. Ford et al, Case No. 7:19-cv-9600

I write to notify you that at the time one or more filings were made in this case in the span of time from October 1, 2019 through December 9, 2019, my name appeared on the federal government's filing in the above case. The names of other lawyer(s) also appeared on such a filing. During this period, my District of Columbia bar license was inadvertently in inactive status.

Unbeknownst to me, on or about October 1, 2019, my DC bar license had been placed on inactive status for inadvertent non-payment of that year's dues. https://www.dcbar.org/membership/frequent-questions/index.cfm#dues. To my knowledge, I had not missed a dues payment deadline in any prior year.

I discovered this one-time lapse on December 9, 2019, paid the necessary dues and the $280 penalty fee, and took immediate steps to correct the problem, such that it was fixed the next day on December 10, 2019, according to the DC Bar's website. The DC Bar did not have my correct address and I received no mail forwarded to me from my prior private law firm (which I left on October 31, 2018 to join the Justice Department the following day). That firm had handled paying my bar dues from 2006-2018; the firm also moved to a different address circa March 2019. I also reported the dues issue to Justice Department authorities.

Upon further consultation with the relevant Department office, I determined to bring the matter to the Court's attention and I followed its advice on the form of this letter: Specifically, if because my name appeared on a filing I implicitly represented that my DC Bar license was active and was authorized to represent the United States at that time (Department attorneys must maintain an active state-bar license), I wish to correct any such implicit representation and extend my sincere apology. I was not aware of the lapse due to nonpayment of dues and did not intend to mislead the Court.

Please contact me should you wish to discuss the matter further or need to seek any further information.

                                                Yours truly,

                                                *s/ Jeffrey Bossert Clark*

                                                Jeffrey Bossert Clark

cc:  Counsel of Record