UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES,

                      Plaintiff,          <u>ORDER</u>

v.

                                    7:19-cv-9600-(PMH)

MARK FORD, et al.,

                      Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        The Court has reviewed Defendants' pre-motion letter request dated March 9, 2020 (Doc. 28) and Plaintiff's response dated March 17, 2020 (Doc. 31). At this time the Court is scheduling a pre-motion conference in anticipation of Defendants' moving for a judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c). The pre-motion conference will be held telephonically on May 12, 2020 at 2:00 p.m. At the time of the scheduled conference, counsel shall call: (888) 398-2342; access code 3456831.

                                                      **SO ORDERED.**

Dated: New York, New York
           May 4, 2020

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge