UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,

     -against-

MARK FORD, *et al.*,

                      Defendants.
-------------------------------------------------------X

**ORDER**

19 Civ. 9600 (PMH)(JCM)

The parties' obligation to provide monthly status updates setting forth the status of settlement is suspended until May 21, 2021. The parties are directed to resume submitting monthly updates on May 21, 2021.

Dated:   March 2, 2021
            White Plains, New York

                                    **SO ORDERED:**

                                    _____
                                    JUDITH C. McCARTHY
                                    United States Magistrate Judge