UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,                   **ORDER**

-against-                                     19 Civ. 9600 (PMH)(JCM)

MARK FORD, *et al.*,

                              Defendants.
-------------------------------------------------------------X

       On May 12, 2020, the undersigned was referred for settlement in the above-captioned matter. The parties are directed to submit a joint letter to the Court by July 21, 2021 regarding whether they would like to participate in any further settlement conferences.

Dated: June 22, 2021
       White Plains, New York

                                              **SO ORDERED:**

                                              _____
                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge