UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

MARK FORD, et al.,

                Defendants.

**ORDER**

19-CV-09600 (PMH)

PHILIP M. HALPERN, United States District Judge:

A Case Management Conference was held on March 21, 2023. Counsel for all parties appeared by telephone. As discussed on the record, discovery in this matter closed on January 31, 2023, pursuant to the Court's Order at Doc. 97. The Court, accordingly, directed that the parties: (i) meet and confer regarding pretrial materials required by Rules 6(A) and 6(B) of the Court's Individual Practices; (ii) file such materials by May 8, 2023; and (iii) will be placed on 5-days' trial notice beginning **May 9, 2023**.

SO ORDERED:

Dated: White Plains, New York
         March 21, 2023

_____
PHILIP M. HALPERN
United States District Judge