UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                    **SCHEDULING ORDER**

       -against-                                19-cv-9600 (AEK)

MARK FORD *et al.*,

                       Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The parties have consented to my jurisdiction over all proceedings in this matter. ECF No. 100. An in-person conference is hereby scheduled for **Wednesday, April 19, 2023, at 10:00 a.m.** The conference will take place in Courtroom 250 at the Honorable Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601.

      In addition to any other issues the parties would like to address at the conference, the parties must be prepared to discuss potential trial dates between August and October 2023. The parties are directed to consult with all relevant witnesses regarding trial scheduling so that any known conflicts can be raised at the conference.

Dated:  April 10, 2023
          White Plains, New York

                                                              **SO ORDERED.**

                                                        _____
                                                        ANDREW E. KRAUSE
                                                       United States Magistrate Judge