

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 18, 2023

**VIA ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States Courthouse
300 Quarropas Street, Room 274
White Plains, New York 10601

      Re:    *United States v Mark Ford*, 19 Civ. 9600 (AEK)

Dear Judge Krause:

      This Office represents the United States of America in the above-referenced matter.  We write to inform the Court that the Government filed today a Notice of Lodging of the proposed Consent Decree between the United States and defendants Mark Ford, Mark Ford Stables, Inc., Mark Ford Stage Road Property, Inc., and Ford Equine, Ltd., to which is attached a complete copy of the proposed Consent Decree [Dkt No. 104].

      The United States respectfully requests that the Court not approve the proposed Consent Decree at this time.  Notice of the lodging of the proposed Consent Decree will be published in the Federal Register, following which the United States Department of Justice will accept public comments on the proposed Consent Decree for a 30-day period.  After the conclusion of the public comment period, the United States will file with the Court any comments received, as well as responses to the comments, and at that time, if appropriate, will request that the Court approve and enter the Consent Decree.

      We further request that the deadlines and October 2, 2023 trial date set forth in the Court's Scheduling Order dated April 10, 2023 [Dkt. No. 101], and as amended in part by the Court on July 25, 2023 [Dkt. No. 103], be adjourned without date, subject to the Court's approval and entry of a final Consent Decree in this case.  Defendants consent to this request.

      We thank the Court for its attention to this letter.

---

APPLICATION GRANTED.  All deadlines currently set in this matter are hereby ADJOURNED sine die.  With respect to the proposed Consent Decree, the parties are to submit a status report within two weeks after the close of the 30-day comment period.

Dated: August 18, 2023

SO ORDERED.

*/s/ Andrew Krause*

ANDREW E. KRAUSE
United States Magistrate Judge

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney for the
          Southern District of New York

By:    */s/ Tomoko Onozawa*
          TOMOKO ONOZAWA
          ZACHARY G. BANNON
          Assistant United States Attorneys
          Telephone: 212-637-2721/2728
          Facsimile: 212-637-2717
          E-mail: tomoko.onozawa@usdoj.gov
                 zachary.bannon@usdoj.gov

cc:    Jonathan Murphy, Esq. (via ECF)
        Counsel for Defendants